# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WILLIAM WILSON,** )<br>)<br>**Defendant.** )<br>_____) | **CRIMINAL ACTION**<br><br>**No. 10-cr-621-KHV** |

## ORDER

On April 19, 2011, on motion of defendant, the Court vacated defendant's plea of guilty. This matter is hereby set for a trial by jury on Monday, June 6, 2011 at 10:00 a.m. in Courtroom A702 of the Alfred A. Arraj United States Courthouse.

The deadline for filing all pretrial motions is May 13, 2011. All responses shall be filed by May 20, 2011.

Under D. Colo. Local Criminal Rule 17.1.1, a magistrate judge ordinarily conducts a discovery conference at the time of or within 10 days after the arraignment. Because defendant pled guilty immediately after the arraignment, no discovery conference has been held. The Clerk is directed to notify a magistrate judge to hold a discovery conference as soon as practicable (and no later than April 25, 2011) and enter an appropriate discovery order consistent with the deadlines in this order.

**IT IS SO ORDERED.**

Dated this 20th day of April, 2011, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge